%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff **Clark County, NV**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Dakota County, MN**
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Don Springmeyer, Esq.
Robert C. Maddox + Associates
3811 W. Charleston, Ste. 110
Las Vegas, NV 89102 (702) 366-1900
Scott K. Canepa, Esq.
Canepa Riedy + Rubino
851 S. Rampart, Ste. 160 Las Vegas, NV 89145 (702) 304-2335

Attorneys (If Known)
Peter C. Brown, Esq.
Bremer, Whyte, Brown + O'Meara
7670 West Lake Mead Blvd, Ste. 225
Las Vegas, NV 89128 (702) 258-6665

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☒ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☒ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **28 U.S.C. § 1441(a), 28 U.S.C. § 1332(d)(2)(A)**

Brief description of cause: Products Liability, Strict Liability, Breach of Express and Implied Warranties, Breach of Warranty of Merchantability, and Negligence

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ **In excess of $5,000,000.00**

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE **9/12/08**
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1 | PETER C. BROWN, ESQ.
NEVADA STATE BAR NO. 5887
2 | BREMER WHYTE BROWN & O'MEARA LLP
7670 WEST LAKE MEAD BOULEVARD
3 | SUITE 225
LAS VEGAS, NV 89128
4 | TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
5 |
Attorney for Defendant,
6 | UPONOR, INC.

7 | UNITED STATES DISTRICT COURT

8 | DISTRICT OF NEVADA

9 | EDWIN K. SLAUGHTER, REBECCA FLINN, ) Case No.
and MEL and CAROL HEALEY, individually )
10 | and on behalf of all others similarly situated, ) **UPONOR, INC.'S NOTICE OF**
) **REMOVAL TO THE UNITED STATES**
11 | Plaintiffs, ) **DISTRICT COURT FOR THE**
) **DISTRICT OF NEVADA**
12 | vs. )
)
13 | UPONOR, INC., a Minnesota corporation; )
UPONOR NORTH AMERICA, INC., a )
14 | Minnesota corporation; RCR PLUMBING AND )
MECHANICAL, INC., a California corporation; )
15 | INTERSTATE PLUMBING & )
CONDITIONING, LLC, a Nevada limited )
16 | liability company; UNITED PLUMBING, LLC, )
a Nevada limited liability company; FERGUSON )
17 | ENTERPRISES, INC., a Virginia corporation; )
HUGHES WATER & SEWER LP, a Florida )
18 | limited partnership and successor by merger to )
STANDARD WHOLESALE SUPPLY )
19 | COMPANY, a dissolved Nevada corporation; )
HD SUPPLY CONSTRUCTION SUPPLY, )
20 | LIMITED PARTNERSHIP, a Florida limited )
partnership; DOES 1-30, ROE )
21 | CORPORATIONS 1-XXX, )
)
22 | Defendants. )
)
23 |

24 | **COMES NOW** UPONOR, INC., a Minnesota Corporation, by and through its counsel of

25 | record, BREMER WHYTE BROWN & O'MEARA, LLP, and submits this Notice of Removal to

26 | the United States District Court for the District of Nevada.

27 | **PLEASE TAKE NOTICE** that UPONOR, INC., a Minnesota Corporation, hereby

28 | removes the state action entitled "*Edwin K. Slaughter, Rebecca Flinn, and Mel and Carol Healey,*

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

H:\1226\543\PLD\USDC REMV.doc

1  *individually and on behalf of all others similarly situated v. Uponor, Inc., a Minnesota*
2  *corporation; Uponor North American, Inc., a Minnesota corporation; RCR Plumbing and*
3  *Mechanical, Inc., a California corporation; Interstate Plumbing & Conditioning, LLC, a Nevada*
4  *limited liability company; United Plumbing, LLC, a Nevada limited liability company; Ferguson*
5  *Enterprises, Inc., a Virginia corporation; Hughes Water & Sewer LP, a Florida limited*
6  *partnership and successor by merger to Standard Wholesale Supply Company, a dissolved Nevada*
7  *corporation; HD Supply Construction Supply, Limited Partnership, a Florida limited partnership;*
8  *Does 1-30, Roe Corporations 1-XXX,*" Case No. A568353, filed in the Eighth Judicial District
9  Court for the State of Nevada in and for the County of Clark to this Court. The grounds for
10 removal are:

11  1.  Removal is appropriate pursuant to 28 U.S.C. §1441(a) because this Court has
12 original jurisdiction over this proposed class action founded on Diversity of Citizenship pursuant to
13 28 U.S.C. §1332(d)(2)(A). Pursuant to the claims set forth in Plaintiffs' Complaint, the matters in
14 controversy allegedly exceed $5,000,000.00 based on Plaintiffs' alleged damages, exclusive of
15 interests and costs, and diversity exists between a member of the proposed class of Plaintiffs and
16 UPONOR, INC., as follows:

17  a. Upon information and belief, a member of the proposed class of Plaintiffs is
18     a citizen of the State of Nevada.
19  b. Defendant UPONOR, INC. is a citizen of the State of Minnesota as it is a
20     corporation in Minnesota and has its principal place of business in
21     Minnesota as well.

22  2.  UPONOR, INC. has not yet been served with Plaintiffs' Complaint. However,
23 UPONOR, INC. filed a Notice of Appearance and Initial Appearance Fee Disclosure on September
24 4, 2008. This Notice is therefore timely filed within thirty (30) days of service, as required by 28
25 U.S.C. §1446(b).

26  3.  Pursuant to 28 U.S.C. 1446(a), UPONOR, INC., provides this Court with copies of
27 the following documents:

28  a. **Complaint**, attached hereto collectively as Exhibit "1";

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

2

H:\1226\543\PLD\USDC REMV.doc

      b.    UPONOR, INC.'s **Initial Appearance Fee Disclosure and Notice of Appearance** attached hereto collectively as Exhibit "2;

      c.    UPONOR, INC.'s **Peremptory Challenge of Judge** attached hereto as Exhibit "3",

      d.    District Court of Clark County's **Notice of Department Reassignment** attached hereto as Exhibit "4", and

      e.    UPONOR, INC.'s **Notice of Removal of Action** attached hereto as Exhibit "5".

4.    A copy of this Notice is being filed concurrently with the clerk of the Clark County District Court and served on Plaintiffs' counsel.

Dated: September 12, 2008.

BREMER, WHYTE, BROWN & O'MEARA, LLP

_____
Peter C. Brown, Esq.
Nevada Bar No. 5887
Attorney for Defendant,
UPONOR, INC.

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV 89128
(702) 258-6665

3

H:\1226\543\PLD\USDC REMV.doc

## CERTIFICATE OF FACSIMILE & MAILING

The undersigned hereby certifies that on the 15th day of September 2008, I served a copy of the foregoing **NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** by transmitting via facsimile to the below facsimile numbers and by causing a copy of the same to be duly deposited in the United States mail, postage prepaid, addressed to:

Don Springmeyer, Esq.
ROBERT C. MADDOX & ASSOCIATES
3811 W. Charleston Blvd., #110
Las Vegas, NV 89102
**FACSIMILE: (702) 366-1999**

Scott K. Canepa, Esq.
CANEPA REIDY & RUBINO
851 S. Rampart Blvd., #160
Las Vegas, NV 89145
**FACSIMILE: (702) 304-2336**

J. Randal Jones, Esq.
HARRISON, KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway,
17th Floor
Las Vegas, NV 89169
**FACSIMILE:  (702) 385-6001**

Sergio Salzano, Esq.
LYNCH, HOPPER & SALZANO, LLP
231 S. Third St., #130
Las Vegas, NV 89101
**FACSIMILE:  (702) 868-1114**

_____
An Employee of
BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN &
O'MEARA LLP
7670 West Lake Mead Blvd.
Suite 225
Las Vegas, NV  89128
(702) 258-6665

4

H:\1226\543\PLD\USDC REMV.doc