David J. Larson., Esq.
Nevada Bar No. 8837
Rosemary Missisian, Esq.
Nevada Bar No. 8575
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
3773 Howard Hughes, Pkwy., Suite 390N
Las Vegas, NV  89169
Telephone:    (702) 938-3838
Facsimile:    (702) 938-3864

*Attorneys for Defendants
Hughes Water & Sewer LP, and
HD Supply Construction Supply, Limited Partnership*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN K. SLAUGHTER, REBECCA FLINN, and MEL and CAROL HEALEY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>UPONOR, INC., a Minnesota corporation; UPONOR NORTH AMERICA, INC., a Minnesota corporation; RCR PLUMBING AND MECHANICAL, INC., a California corporation; INTERSTATE PLUMBING & AIR CONDITIONING, LLC, a Nevada limited liability company; UNITED PLUMBING, LLC, a Nevada limited liability company; FERGUSON ENTERPRISES, INC., a Virginia corporation; HUGHES WATER & SEWER LP, a Florida limited partnership and successor by merger to STANDARD WHOLESALE SUPPLY COMPANY, a dissolved Nevada corporation; HD SUPPLY CONSTRUCTION SUPPLY, LIMITED PARTNERSHIP, a Florida limited partnership; DOES 1-30, ROE CORPORATIONS I-XXX,<br><br>Defendants. | Case No.:    2:08-cv-01223<br><br>**MOTION FOR AN ORDER SHORTENING TIME ON PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE BY DEFENDANT HUGHES WATER & SEWER LP AND HD SUPPLY CONSTRUCTION SUPPLY** |

/ / /

/ / /

Defendants **Hughes Water & Sewer LP,** and **HD Supply Construction Supply Limited Partnership**, by and through their counsel of record, David J. Larson, Esq. and Rosemary Missisian, Esq. of the law firm of WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC, 3773 Howard Hughes Parkway, Suite 390N, Las Vegas, Nevada 89169, hereby submits this Motion for an Order Shortening the Time for the hearing on Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Document 183).

DATED this 13th day of August 2009.

David J. Larson, Esq.
Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
3773 Howard Hughes, Pkwy., Suite 390N
Las Vegas, NV 89169
*Attorneys for Defendants*
*Hughes Water & Sewer LP,*
*HD Supply Construction Supply, Limited Partnership*

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendants Hughes Water & Sewer, LP ("Hughes Water") and HD Supply Construction Supply Limited Partnership ("HD Supply") move for an order shortening the time for a hearing regarding Plaintiffs' Motion for Voluntary Dismissal without prejudice. (Doc. 183). Plaintiffs previously obtained agreement from all parties, with the exception Uponor, Inc., to execute a Stipulation of Dismissal without prejudice as to Hughes Water and HD Supply. Based on the inability to obtain signatures of all parties, Plaintiffs moved for dismissal. Uponor, Inc. has responded to Plaintiffs' Motion for Voluntary Dismissal. (Doc. 194). The only pleading remaining is a reply brief responsive to Uponor, Inc.'s Response to Plaintiffs' Motion for Voluntary Dismissal.

Hughes Water and HD Supply request that the hearing on this matter be expedited in order to prevent these parties from having to spend additional time and money participating in the

discovery process, when such efforts will not be necessary if these defendants are dismissed from this action.

Local Rule 6-1 governs requests for continuance, extension of time or orders shortening time. The rules states:

> Every motion requesting a continuance, extension of time, or order shortening time shall be "Filed" by the clerk and processed as an expedited matter.

Hughes Water and HD Supply are filing this motion with the clerk in accordance with this local rule.

Based on the foregoing, Hughes Water and HD Supply respectfully request an order shortening the time for the hearing regarding Plaintiffs' Motion for Voluntary Dismissal as to Hughes Water and HD Supply. To allow the filing of a Reply brief, Hughes Water and HD Supply respectfully request a hearing date on August 20, 2009 or as soon as possible thereafter.

DATED this 13th day of August, 2009.

*Rosemary Missisian*

David J. Larson, Esq.
Rosemary Missisian, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
3773 Howard Hughes, Pkwy., Suite 390N
Las Vegas, NV 89169
*Attorneys for Defendants*
*Hughes Water & Sewer LP and*
*HD Supply Construction Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2009, the foregoing **DEFENDANT HUGHES WATER & SEWER LP AND HD SUPPLY CONSTRUCTION SUPPLY'S MOTION FOR AN ORDER SHORTENING THE TIME FOR THE HEARING REGARDING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was served on all parties or persons requesting notice via the United States District Court CM/ECF system.

*Arnie Bayle*
An Employee of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC

Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC
3773 Howard Hughes Parkway, Suite 390N
Las Vegas, Nevada 89169
(702) 938-3838