◎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF  Nevada

Edwin K Slaughter, et al.,

                 Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Uponor, Inc., et al.,

Case Number: 2:08-cv-01223-RCJ-GWF

                 Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Ferguson is awarded 100% of its taxable costs in the amount of $14,554.77; one-fifth (20%) of its attorneys fees and other costs in the amount of $66,731.67 for a total award of $81,286.44. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Motion for Attorney's Fees and Costs is granted as to post-judgment interest at the federal judgment rate (the weekly average of the 1-year constant maturity Treasury yield for the week before January 27, 2010, is .31%. The daily rate for post-judgment interest is .00000849315 ($.0031 divided by 365 times the total award for $.6907 per day), until paid.

| | |
|---|---|
| November 29, 2010 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |