✇AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Edwin K Slaughter, et al.,

                Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Uponor, Inc., et al.,

Case Number:  2:08-cv-01223-RCJ-GWF

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

   IT IS ORDERED AND ADJUDGED

Hughes is awarded $52,672.38, which represents twenty percent (20%) of its requested attorneys' fees and non-taxable costs.  This Court FURTHER ORDERS an award of post-judgment interest at the federal judgment rate to the moving Defendants.  The weekly average of the 1-years constant maturity Treasury yield for the week before January 27, 2010 is 0.31%.  The daily rate for post-judgment interest is .00000849315 (0.0031/365).  Post-judgment interest will accumulate at $0.49/day until satisfied.

November 29, 2010

Date

/s/ Lance S. Wilson

Clerk

/s/ Aaron Blazevich

(By) Deputy Clerk