✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Nevada _____

Edwin K Slaughter, et al.,

          Plaintiffs,

    V.

Uponor, Inc., et al.,

          Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number:  2:08-cv-01223-RCJ-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and  a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

RCR is awarded 100% of its taxable costs in the amount of $17,502.72, 20% of its attorneys fees in the amount of $19,312.890, and 20% of its non-taxable costs in the amount of $7,111.50.  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Motion for Attorney's Fees and Costs is Granted as to post-judgment interest at the federal judgment rate.  The daily rate for post-judgment interest is (.00000849315 times $43,927.13) $0.37 a day.

November 29, 2010
_____
Date

/s/ Lance S. Wilson
_____
Clerk

/s/ Aaron Blazevich
_____
(By) Deputy Clerk