≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **Nevada**

Edwin K Slaughter, et al.,

                  Plaintiffs,

**JUDGMENT IN A CIVIL CASE**

V.

Uponor, Inc., et al.,

Case Number: 2:08-cv-01223-RCJ-GWF

                  Defendants.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

The Court awards Defendant Interstate Plumbing & Air Conditioning, LLC twenty percent (20%) of its requested attorneys' fees and non-taxable costs, including experts' fees, in the amount of $53,831.25.  The Court awards Defendant Interstate Plumbing & Air Conditioning, LLC taxable costs in the amount of $15,469.00.  As such, the Court award Defendant Interstate Plumbing & Air Conditioning, LLC its attorneys' fees and costs in the total amount of $69,300.25.  The Court awards Defendant Interstate Plumbing & Air Conditioning, LLC post-judgment interest at the federal judgment rate.  The weekly average of the 1-year constant maturity Treasury yield for the week before January 27, 2010 is .31%.  The daily rate for post-judgment interest is .00000849315 ($.0031/365).  Post-judgment interest will accumulate at $.58/day until satisfied (.00000849315*$69,300.25).

| | |
|---|---|
| November 29, 2010 | /s/ Lance S. Wilson |
| Date | Clerk |
| | /s/ Aaron Blazevich |
| | (By) Deputy Clerk |