Gregory H. King, NV Bar No. 7777
ghk@paynefears.com
Sarah J. Odia, NV Bar No. 11053
sjo@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 382-3574
Facsimile: (702) 382-3834

Attorneys for Defendant
GREYSTONE NEVADA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN K. SLAUGHTER, et al. <br><br> Plaintiffs, <br><br> vs. <br><br> UPONOR, INC., et al., <br><br> Defendants. | CASE NO.:   2:08-cv-01223-RCJ-GWF <br><br> Consolidated With <br> Case No. 2:11-cv-425; 2:11-cv-783; <br> Case No. 2:11-cv-812; 2:11-cv-830; <br> Case No. 2:11-cv-1422; 2:11-cv-1424; <br> Case No. 2:11-cv-1426; 2:11-cv-1498; <br> Case No. 2:11-cv-1875; 2:12-cv-206; <br> Case No. 2:12-cv-207; 2:12-cv-0002 |
| LAMPLIGHT SQUARE AT GREEN VALLEY HOMEOWNERS' ASSOCIATION, a Nevada nonprofit corporation; and DOE HOMEOWNERS 1 through 200, <br><br> Plaintiff, <br><br> vs. <br><br> GREYSTONE NEVADA, LLC, a Delaware limited liability company doing business in Nevada; UPONOR CORPORATION, a Finnish corporation; UPONOR GROUP, a Finnish corporation; UPONOR, INC., an Illinois company; UPONOR WIRSBO COMPANY, an Illinois company; DOE INDIVIDUALS 1-200; and ROE BUSINESS or GOVERNMENTAL ENTITIES 1-200, <br><br> Defendants. | CASE NO.:   2:12-CV-0002 <br><br> SUBSTITUTION OF ATTORNEY |

## SUBSTITUTION OF ATTORNEY

Defendant GREYSTONE NEVADA, LLC hereby substitutes Gregory H. King and the law firm of PAYNE & FEARS, LLP, 7251 W. Lake Mead Blvd., Ste. 525, Las Vegas, NV 89128 (702) 382-3574, as attorney of record in place and stead of Robert E. Schumacher and the law firm of GORDON & REES LLP, in the case entitled *Lamplight Square at Green Valley Homeowners' Association v. Greystone Nevada, LLC, et al.*, Case No. 2:12-CV-0002.

DATED: 1-22-2013     By: _____
                          (Signature of Party)

I consent to the above substitution.

DATED:                By:_____
                          Robert E Schumacher, NV Bar No. 7504
                          Gordon & Rees LLP
                          3770 Howard Hughes Pkwy., Ste. 100
                          Las Vegas, NV 89169
                          Telephone: (702) 577-9300
                          Email: rschumacher@gordonrees.com

I am duly admitted to practice in this District.

**Above substitution accepted.**

DATED:                By:_____
                          GREGORY H. KING, NV Bar No. 7777
                          PAYNE & FEARS LLP
                          7251 W. Lake Mead Blvd., Suite 525
                          Las Vegas, NV 89128
                          Telephone: (702) 382-3574
                          Email: ghk@paynefears.com

Please check on: __X__ RETAINED, or _____ APPOINTED BY THE COURT

**APPROVED:**

DATED: January 23, 2013   _____
                          GEORGE FOLEY, JR.
                          United States Magistrate Judge

4842-5727-4642.1

## SUBSTITUTION OF ATTORNEY

Defendant GREYSTONE NEVADA, LLC hereby substitutes Gregory H. King and the law firm of PAYNE & FEARS, LLP, 7251 W. Lake Mead Blvd., Ste. 525, Las Vegas, NV 89128 (702) 382-3574, as attorney of record in place and stead of Robert E. Schumacher and the law firm of GORDON & REES LLP, in the case entitled *Lamplight Square at Green Valley Homeowners' Association v. Greystone Nevada, LLC, et al.*, Case No. 2:12-CV-0002.

DATED: _____ By: _____
(Signature of Party)

**I consent to the above substitution.**

DATED: 1-22-2013   By: _____
Robert E Schumacher, NV Bar No. 7504
Gordon & Rees LLP
3770 Howard Hughes Pkwy., Ste. 100
Las Vegas, NV 89169
Telephone: (702) 577-9300
Email: rschumacher@gordonrees.com

I am duly admitted to practice in this District.

**Above substitution accepted.**

DATED: 1-22-2013   By: _____
GREGORY H. KING, NV Bar No. 7777
PAYNE & FEARS LLP
7251 W. Lake Mead Blvd., Suite 525
Las Vegas, NV 89128
Telephone: (702) 382-3574
Email: ghk@paynefears.com

Please check on: __X__ RETAINED, or _____ APPOINTED BY THE COURT

**APPROVED:**

DATED: _____   _____
UNITED STATES DISTRICT JUDGE

4842-5727-4642.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
7251 W. LAKE MEAD BLVD., SUITE 525
LAS VEGAS, NV 89128
(702) 382-3574

-2-