Raymond Babaian, Esq.
Nevada Bar No. 9959
**WOOD, SMITH, HENNING & BERMAN LLP**
7674 West Lake Mead Boulevard, Suite 150
Las Vegas, Nevada 89128-6644

Attorneys for RICHMOND AMERICAN HOMES OF NEVADA, INC.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL JAMES HARTMANN AND STACY RAE GARWOOD, individually and on behalf of others similarly situated; LISA AND BARBARA LAW, individually and on behalf of others similarly situated; JANA ANDERSON, individually and on behalf of others similarly situated; MICHAEL MAHANY AND RAINA MUSSER-MAHANY, individually and on behalf of others similarly situated; WENDY STOCKETT, individually and on behalf of other similarly situated, and CHRISTIAN LeCATES, individually and on behalf of others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> UPONOR, INC., an Illinois corporation; UPONOR CORPORATION, a Finnish corporation; UPONOR GROUP, a business of unknown form and origin; RCR PLUMBING AND MECHANICAL, INC., a California corporation; INTERSTATE PLUMBING & CONDITIONING, LLC, a Nevada limited liability company; UNITED PLUMBING, LLC, a Nevada limited liability company; FERGUSON ENTERPRISES, INC., a Virginia corporation; HUGHES WATER & SEWER, L.P., a Florida limited partnership and successor by merger | CASE NO. 2:08-CV-01223-RCJ-GWF <br><br> **RICHMOND AMERICAN HOMES OF NEVADA, INC.'S MOTION FOR CLARIFICATION AND OBJECTION TO CONSOLIDATION ORDER ON AN ORDER SHORTENING TIME** <br><br> CONSOLIDATED WITH: <br><br> Case Nos.; 2:11-cv-00425-LDG-CWH; <br> 2:11-cv-00783-JCM-CWH; <br> 2:11-cv-00812-RCJ-CWH; <br> 2:11-cv-00830-RCJ-CWH; <br> 2:11-cv-01498-RCJ-GWF; <br> 2:11-cv-01875-KJD-PAL; <br> 2:12-cv-00206-JCM-PAL; <br> 2:12-cv-00207-RCJ-CWH; <br> 2:12-cv-00002-RCJ-GWF |

to STANDARD WHOLESALE SUPPLY COMPANY, a dissolved Nevada corporation; HD SUPPLY CONSTRUCTION SUPPLY, LIMITED PARTNERSHIP, a Florida limited partnership; DOES 1-30, ROE CORPORATIONS 1-XXX,

Defendants.

DEFENDANT RICHMOND AMERICAN HOMES OF NEVADA, INC. ("RICHMOND"), by and through its counsel of record, hereby submits the following Motion for Clarification and Objection to Consolidation Order on an Order Shortening Time following this Honorable Court's January 11, 2013 hearing and subsequent Order consolidating various pending actions into the instant matter. This motion seeks clarification regarding the impact of this Court's previous Order compelling arbitration in the *Seasons Homeowners Association, Inc. v. Richmond American Homes of Nevada, Inc.*, No. 2:11-cv-1875 matter. Richmond further seeks clarification regarding the Court's consolidation order and whether those homeowners that have previously been compelled to arbitration should have been consolidated into the instant action.

This Motion is further based on the pleadings and papers on file herein, and any and all arguments of counsel at the hearing of this matter.

DATED: February 4, 2013         WOOD, SMITH, HENNING & BERMAN LLP

By: _____
RAYMOND BABAIAN
Attorneys for RICHMOND AMERICAN HOMES OF NEVADA, INC.