1   CHARLIE H. LUH, ESQ.
    Nevada State Bar No. 6726
2   AMANDA M. STEWART, ESQ.
    Nevada State Bar No. 11466
3   LUH & ASSOCIATES
    8987 W. Flamingo Road, Suite 100
4   Las Vegas, Nevada  89147
    (702) 367-8899
5   (702) 384-8899 (FAX)

6   ANDREW A. CHIU, ESQ.
    Nevada State Bar No. 10326
7   FERRIS & ASSOCIATES
    7455 Arroyo Crossing Parkway, Suite 300
8   Las Vegas, Nevada  89113
    (702) 940-3511
9
    Attorneys for Third-Party Defendant
10  RISING SUN PLUMBING, LLC dba RSP, INC.

11              UNITED STATES DISTRICT COURT

12                   DISTRICT OF NEVADA

13
                                    CASE NO. 2:08-cv-01223-RCJ-GWF
14  DANIEL JAMES HARTMANN, et al.,   Consolidated with:
                                    2:11-cv-00783
15              Plaintiffs,         2:11-cv-00812
                                    2:11-cv-00830
16         vs.                      2:11-cv-01498
                                    2:11-cv-01875
17  UPONOR, INC., et al.,           2:11-cv-00206
                                    2:11-cv-00207
18              Defendant.          2:12-cv-00002
                                    2:11-cv-00425
19
                                    STIPULATION AND ORDER TO
20                                  EXTEND TIME TO RISING SUN
                                    PLUMBING, LLC DBA RSP, INC'S TO FILE
21                                  A RESPONSIVE PLEADING TO D.R.
                                    HORTON, INC.'S FIRST AMENDED
22                                  THIRD-PARTY COMPLAINT [Doc. 800]
                                    (First Request)
23

24         Third-Party Plaintiff D.R. Horton, Inc., by and through its counsel of record, Joel D. Odou, Esq.

25  and Christina M. Gilbertson, Esq., of the law firm of Wood, Smith, Henning & Berman, LLP, and Third-

                                    -1-

1    Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. by and through its counsel of record, Amanda M.

2    Stewart, Esq. and Charlie H. Luh, Esq., of the law firm of Luh and Associates, and Andrew A Chiu, Esq., of

3    the law firm of Ferris and Associates, hereby stipulate and agree to extend the deadline for Third Party

4    Defendant Rising Sun Plumbing, LLC dba RSP, Inc. to file a responsive pleading to D.R. Horton's First

5    Amended Third Party Complaint [Doc. 800]. The original deadline for Third Party Defendant to file a

6    responsive pleading to D.R. Horton's First Amended Third Party Complaint was July 2, 2013.

7         It is hereby stipulated as follows:

8         Upon an Order, Third-Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. shall have until

9    September 3, 2013, or a date 30 days after the hearing on the Amended Motion for Class Certification filed

10   by Plaintiffs [Doc. 691], in which to file its responsive pleading to Third-Party Plaintiff D.R. Horton, Inc.'s

11   First Amended Third-Party Complaint.

12        Third Party Defendant reserves all defenses.

13

14   DATED: _____July 1_____, 2013          DATED: ___June 28___, 2013

15   LUH & ASSOCIATES                          WOOD SMITH HENNING & BERMAN, LLP

16

17   CHARLIE H. LUH, ESQ.                      JOEL D. ODOU, ESQ.
     Nevada State Bar No. 6726                 Nevada State Bar No. 7468
18   AMANDA M. STEWART, ESQ.                   CHRISTINA M. GILBERTSON, ESQ.
     Nevada State Bar No. 11466                Nevada State Bar No. 9707
19   8987 W. Flamingo Road, Suite 100          7674 W. Lake Mead Blvd., Suite 150
     Las Vegas, Nevada  89147                  Las Vegas, Nevada  89128
20   Attorneys for Third-Party Defendant       Attorneys for D.R. HORTON, INC.
     RISING SUN PLUMBING, LLC dba RSP, INC.

21   FERRIS & ASSOCIATES

22

23   ANDREW A. CHIU, ESQ.
     Nevada State Bar No. 10326
24   7455 Arroyo Crossing Parkway, Suite 300
     Las Vegas, Nevada  89113
25   Attorneys for Third-Party Defendant
     RISING SUN PLUMBING, LLC dba RSP, INC.

**ORDER**

1

2        IT IS SO ORDERED, Third-Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. shall have

3    until September 3, 2013 or a date 30 days after the hearing on the Amended Motion for Class Certification

4    filed by Plaintiffs [Doc. 691] to file its responsive pleading to Third-Party Plaintiff D.R. Horton, Inc.'s First

5    Amended Third-Party Complaint.

6

7                                          _____
                                           GEORGE FOLEY, JR.
8                                          United States Magistrate Judge

9                                          Dated: July 1, 2013

10   Submitted By:

11   LUH & ASSOCIATES

12   _____
     AMANDA M. STEWART, ESQ.
13   Nevada State Bar No. 11466
     8987 W. Flamingo Road, Suite 100
14   Las Vegas, Nevada 89147
     Attorney for Third-Party Defendant
15   RISING SUN PLUMBING, LLC dba RSP, INC.

16

17

18

19

20

21

22

23

24

25