1  CHARLIE H. LUH, ESQ.
   Nevada State Bar No. 6726
2  AMANDA M. STEWART, ESQ.
   Nevada State Bar No. 11466
3  LUH & ASSOCIATES
   8987 W. Flamingo Road, Suite 100
4  Las Vegas, Nevada  89147
   (702) 367-8899
5  (702) 384-8899 (FAX)

6  ANDREW A. CHIU, ESQ.
   Nevada State Bar No. 10326
7  FERRIS & ASSOCIATES
   7455 Arroyo Crossing Parkway, Suite 300
8  Las Vegas, Nevada  89113
   (702) 940-3511
9
   Attorneys for Third-Party Defendant
10 RISING SUN PLUMBING, LLC dba RSP, INC.

11              UNITED STATES DISTRICT COURT

12                  DISTRICT OF NEVADA

13
                                            CASE NO. 2:08-cv-01223-RCJ-GWF
14 DANIEL JAMES HARTMANN, et al.,           Consolidated with:
                                            2:11-cv-00783
15              Plaintiffs,                 2:11-cv-00812
                                            2:11-cv-00830
16      vs.                                 2:11-cv-01498
                                            2:11-cv-01875
17 UPONOR, INC., et al.,                    2:11-cv-00206
                                            2:11-cv-00207
18              Defendant.                  2:12-cv-00002
                                            2:11-cv-00425
19
                                            STIPULATION AND ORDER TO
20                                          EXTEND TIME TO RISING SUN
                                            PLUMBING, LLC DBA RSP, INC'S TO FILE
21                                          A RESPONSIVE PLEADING TO D.R.
                                            HORTON, INC.'S FIRST AMENDED
22                                          THIRD-PARTY COMPLAINT [Doc. 800]
                                            (First Request)
23

24      Third-Party Plaintiff D.R. Horton, Inc., by and through its counsel of record, Joel D. Odou, Esq.

25 and Christina M. Gilbertson, Esq., of the law firm of Wood, Smith, Henning & Berman, LLP, and Third-

Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. by and through its counsel of record, Amanda M. Stewart, Esq. and Charlie H. Luh, Esq., of the law firm of Luh and Associates, and Andrew A Chiu, Esq., of the law firm of Ferris and Associates, hereby stipulate and agree to extend the deadline for Third Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. to file a responsive pleading to D.R. Horton's First Amended Third Party Complaint [Doc. 800]. The original deadline for Third Party Defendant to file a responsive pleading to D.R. Horton's First Amended Third Party Complaint was July 2, 2013.

It is hereby stipulated as follows:

Upon an Order, Third-Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. shall have until September 3, 2013, or a date 30 days after the hearing on the Amended Motion for Class Certification filed by Plaintiffs [Doc. 691], in which to file its responsive pleading to Third-Party Plaintiff D.R. Horton, Inc.'s First Amended Third-Party Complaint.

Third Party Defendant reserves all defenses.

DATED: July 1, 2013

LUH & ASSOCIATES

_____
CHARLIE H. LUH, ESQ.
Nevada State Bar No. 6726
AMANDA M. STEWART, ESQ.
Nevada State Bar No. 11466
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Attorneys for Third-Party Defendant
RISING SUN PLUMBING, LLC dba RSP, INC.

FERRIS & ASSOCIATES

_____
ANDREW A. CHIU, ESQ.
Nevada State Bar No. 10326
7455 Arroyo Crossing Parkway, Suite 300
Las Vegas, Nevada 89113
Attorneys for Third-Party Defendant
RISING SUN PLUMBING, LLC dba RSP, INC.

DATED: June 28, 2013

WOOD SMITH HENNING & BERMAN, LLP

_____
JOEL D. ODOU, ESQ.
Nevada State Bar No. 7468
CHRISTINA M. GILBERTSON, ESQ.
Nevada State Bar No. 9707
7674 W. Lake Mead Blvd., Suite 150
Las Vegas, Nevada 89128
Attorneys for D.R. HORTON, INC.

## ORDER

IT IS SO ORDERED, Third-Party Defendant Rising Sun Plumbing, LLC dba RSP, Inc. shall have until September 3, 2013 or a date 30 days after the hearing on the Amended Motion for Class Certification filed by Plaintiffs [Doc. 691] to file its responsive pleading to Third-Party Plaintiff D.R. Horton, Inc.'s First Amended Third-Party Complaint.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge

Dated: July 1, 2013

Submitted By:

LUH & ASSOCIATES

AMANDA M. STEWART, ESQ.
Nevada State Bar No. 11466
8987 W. Flamingo Road, Suite 100
Las Vegas, Nevada 89147
Attorney for Third-Party Defendant
RISING SUN PLUMBING, LLC dba RSP, INC.