# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| EDWIN K. SLAUGHTER, *et al.* | Case No.: 2:08-CV-01223-RCJ-GWF |
|---|---|
| Plaintiffs, | |
| vs. | **ORDER** |
| UPONOR, INC. *et al.*, | AUGUST 1, 2013 |
| Defendants, | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that the hearing on Plaintiff's Amended Motion for Class Certification (#691, #692) currently set for MONDAY, August 12, 2013 at 1:30 P.M., in LAS VEGAS COURTROOM 4B, before Chief Judge Robert C. Jones is VACATED and RESCHEDULED to WEDNESDAY, AUGUST 7, 2013 at 8:30 A.M., in LAS VEGAS COURTROOM 4B, before Chief Judge Robert C. Jones.

IT IS SO ORDERED this 1st day of August, 2013.

ROBERT C. JONES
Chief Judge