**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EDWIN K. SLAUGHTER, *et al.* ) | CASE NO.: 2:08-CV-1223-RCJ-GWF |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| UPONOR, INC., *et al.*, ) | |
| Defendants. ) | |

A transcript of the Status Conference hearing held on August 7, 2013, before Robert C. Jones shall be prepared for the Court. The Court shall pay for the preparation of the transcript.

IT IS SO ORDERED this 14th day of August, 2013.

_____
ROBERT C. JONES
Chief Judge