IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br><br> WIRSBO NON-F1807 YBFs | Case No: 08-CV-1223-F |

### ORDER SETTING DEADLINE FOR COMPLETING SETTLEMENT AGREEMENT AND ADDENDUM

On January 29, 2015, the Court held a status conference in the above-entitled matter. Counsel for Plaintiffs, Uponor, and several of the individual defendants in *Fulton Park Unit Owners' Association, et al. v. PN II, INC d/b/a Pulte Homes of Nevada*, 11-cv-783-NDF (*Fulton Park*) were present on the call.

The parties informed the Court they are continuing to work on the Settlement Agreement and Addendum, but they needed some additional time to complete the process. The parties shall have thirty (30) days to complete the Settlement Agreement and Addendum. If after the first fourteen (14) days, the parties still have disputes regarding the language or other terms of the documents, they shall meet with Mediator Ross Hart to work through the differences.

IT IS ORDERED that the parties shall have thirty (30) days from the date of this order to complete the Settlement Agreement and Addendum. If after the first fourteen (14) days, the parties have continuing disputes regarding language or other terms of the

agreement, then they shall meet with Mediator Ross Hart to work through their differences.

IT IS FINALLY ORDERED that this matter is set for a status conference on March 10, 2015 at 9:30 a.m.

Dated this __19__ day of January 2015.

NANCY D. FREUDENTHAL
CHIEF UNITED STATES DISTRICT JUDGE